# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LENARD TAYLOR

NO. 2019 KW 1194

OCT 2 8 2019

In Re:   Lenard Taylor, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 05-18-0245.

---

**BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**   In this writ application, relator filed the motion requesting an evidentiary hearing with this court in the first instance.   Relator should first seek relief in the district court.

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT